```
1   PATRICK H. HICKS, Bar No. 131509
    phicks@littler.com
2   KAI-CHING CHA, CA Bar No. 218738
    kcha@littler.com
3   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway, Suite 300
4   Las Vegas, NV  89169-5937
    Telephone:   702.862.8800
5   Fax No.:     702.862.8811

6   Attorneys for Defendants
    AVIS RENT A CAR SYSTEM, LLC, AB CAR
7   RENTAL SERVICES, INC., BUDGET RENT A
    CAR SYSTEM, INC.; AVIS BUDGET GROUP,
8   INC.; and MARIE PERAITA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAURAV PATHAK, SALAH DAJANI, ZANE HUSSEINI, NAVEED JALAL, DOLAN LONERGAN, WILLIAM MCRAE, MEUY XAIMUANGMONH and LORD EL-SALAAM,<br><br>Plaintiffs,<br><br>v.<br><br>AVIS RENT A CAR SYSTEM, LLC, AB CAR RENTAL SERVICES, INC.; BUDGET RENT A CAR SYSTEM, INC.; AVIS BUDGET GROUP, INC.;  MARIE PERAITA, an individual; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No.  C 13-01823 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND ANSWER AND NOTICE OF REMOVAL** |

THIS STIPULATION is hereby entered into by and between Plaintiffs GAURAV PATHAK, SALAH DAJANI, ZANE HUSSEINI, NAVEED JALAL, DOLAN LONERGAN, WILLIAM MCRAE, MEUY XAIMUANGMONH, and LORD EL-SALAAM (collectively "Plaintiffs") and Defendants AVIS RENT A CAR SYSTEM, LLC; AB CAR RENTAL SERVICES, INC.; BUDGET RENT A CAR SYSTEM, INC.; AVIS BUDGET GROUP, INC., and MARIE PERAITA (collectively "Defendants") by through their authorized counsel, with respect to the following:

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

STIP. & [PROPOSED] ORDER TO AMEND
ANSWER AND NOTICE OF REMOVAL

Case No. C 13-01823 JSW

1     WHEREAS, Defendants filed an Answer to Plaintiffs' Unverified Complaint in the Superior Court of California, County of San Francisco, Case No. CGC-13-529903 on April 22, 2013 which inadvertently omitted reference to Defendant AVIS BUDGET GROUP, INC.;

    WHEREAS, Defendants filed a Notice of Removal (Doc. #1) on April 24, 2013, incorporating by reference Defendants' Answer, which inadvertently omitted reference to Defendant AVIS BUDGET GROUP, INC.;

    WHEREAS, the parties have discussed and agreed to the items listed below.

    NOW, THEREFORE, IT IS HEREBY STIPULATED that:

1.     Defendant AVIS BUDGET GROUP, INC. will be deemed to have joined in Defendants' Answer previously filed in California Superior Court and incorporated by reference in the Notice of Removal;

2.     Defendant AVIS BUDGET GROUP, INC. will be deemed to have joined in the Defendants' Notice of Removal;

3.     The Notice of Removal and Answer will be amended to reflect that each document was filed on behalf of Defendant AVIS BUDGET GROUP, INC.;

4.     The Clerk of Court shall amend the docket to reflect this amendment; and

5.     Nothing in this stipulation shall constitute a waiver of Plaintiffs' challenge to removal on the basis of subject-matter jurisdiction, currently before this Court as Plaintiffs' Motion for Remand (Doc. #11).

    IT IS SO STIPULATED.

Dated: June 25, 2013

Respectfully submitted,

[signature]

BRYAN J. MCCORMACK, ESQ.
JASON M. ERLICH, ESQ.
MCCORMACK & ERLICH, LLP
Attorneys for Plaintiffs

Dated: June 25, 2013

Respectfully submitted,

[signature]

PATRICK H. HICKS
KAI-CHING CHA
LITTLER MENDELSON, P.C.
Attorneys for Defendants

STIP. & [PROPOSED] ORDER TO AMEND ANSWER AND NOTICE OF REMOVAL

Case No. C 13-01823 JSW

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____June 26_____, 2013.

_____/s/ Jeffrey S. White_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Firmwide:121336298.1 035682.1097

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

STIP. & [PROPOSED] ORDER TO AMEND
ANSWER AND NOTICE OF REMOVAL

Case No. C 13-01823 JSW