UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GAURAV PATHAK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVIS RENT A CAR SYSTEM LLC, et al.,<br><br>Defendants. | No. C 13-01823 JSW (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred the parties' joint discovery letter brief, dated and electronically filed on February 14, 2014, and all other discovery matters, to United States Magistrate Judge Laurel Beeler. *See* 2/14/2014 Letter, ECF No. 32; Order Referring Case, ECF No. 33.

With respect to the parties' February 14, 2014 letter, the court will review it and determine whether future proceedings are necessary, including any further briefing or argument.

For all future disputes, the court directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter brief instead of a formal motion. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."

1 **IT IS SO ORDERED.**

2 Dated: February 26, 2014

3 _____
LAUREL BEELER
United States Magistrate Judge